Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant Alfred Samuels

**IN THE UNITED STATES DISTRICT COURT IN AND FOR**

**THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:14-cr-00177  AWI-BAM |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | STATUS HEARING, AND ORDER |
| v. ) | THEREON |
| ) | |
| ALFRED SAMUELS, ) | |
| ) | New Date:    November 24, 2014 |
| Defendant. ) | Time:  1:00 p.m. |
| ) | Judge:  Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for November 10, 2014 at 1:00 p.m., may be continued to **November 24, 2014 at 1 p.m.**

Counsel for defendant Samuels needs additional time for both case preparation and investigation including review of discovery, acquiring records of all priors which have been ordered and should be available by November 24, 2014, and discussions with defendant regarding a pending offer.

For purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, *et seq.*, within which trial must commence, the time period of November 10, 2014 to November 24, 2014, inclusive, is deemed excludable because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

So stipulated.

Dated:  November 6, 2014        /s/ Carolyn D. Phillips
                                CAROLYN D. PHILLIPS
                                Attorney for Shirley Davidson

Dated:  November 6, 2014        BENJAMIN B. WAGNER
                                United States Attorney

                         By:    /s/Kimberly Sanchez
                                KIMBERLY SANCHEZ
                                Attorneys for the United States.

### ORDER

IT IS SO ORDERED that the 2nd Status Conference is continued from November 10, 2014 to November 24, 2014 at 1:00 PM before Judge McAuliffe.  Time is excluded pursuant to 18 U.S.C. §3161, *et seq.*.

IT IS SO ORDERED.

Dated:  **November 6, 2014**        /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE